United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FLORES,

        Petitioner,

v.

DERRAL ADAMS,

        Respondent.
_____/

No. 03-1340 MMC (PR)

**ORDER REDESIGNATING CASE AS ACTION SUBJECT TO ELECTRONIC CASE FILING PROGRAM**

All parties being represented by counsel, the above-titled action is hereby redesignated as an action subject to the district court's Electronic Case Filing ("ECF") program. See General Order No. 45. Accordingly, all further filings shall be filed electronically pursuant to the requirements of the district court's ECF program. See id. Additionally, as set forth in the Court's Standing Orders for Civil Cases, counsel shall provide for use in chambers a paper copy of each document filed electronically.

**IT IS SO ORDERED.**

Dated: September 28, 2007

_____
MAXINE M. CHESNEY
United States District Judge